## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Steven B. Grant, on behalf of Boynton Beach General Employees' Retirement System ("Boynton Beach GERS"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Chairman of Boynton Beach GERS. I have reviewed the complaint with Boynton Beach GERS' legal counsel, and based on the legal counsel's knowledge and advice, authorize its filing.

2. Boynton Beach GERS did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Boynton Beach GERS is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Boynton Beach GERS' transactions in the Dentsply Sirona Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Boynton Beach GERS has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. Boynton Beach GERS will not accept any payment for serving as a representative party on behalf of the Class beyond Boynton Beach GERS' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this \_\_\_ day of December, 2018.

Steven B. Grant
Chairman
*Boynton Beach General Employees' Retirement System*

**Boynton Beach General Employees' Retirement System**
**Transactions in Dentsply Sirona Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Merger shares | 2/29/2016 | 571.473 | |
| Purchase | 10/28/2016 | 380 | 57.0909 |
| Purchase | 10/31/2016 | 360 | 57.4189 |
| Purchase | 11/1/2016 | 360 | 58.7640 |
| Purchase | 11/2/2016 | 340 | 60.0144 |
| Purchase | 11/3/2016 | 306 | 59.9322 |
| Purchase | 11/4/2016 | 870 | 60.5348 |
| Purchase | 11/9/2016 | 350 | 60.6255 |
| Purchase | 11/10/2016 | 380 | 61.4633 |
| Purchase | 11/15/2016 | 470 | 59.6064 |
| Purchase | 11/22/2016 | 360 | 59.2592 |
| Purchase | 12/1/2016 | 470 | 58.6454 |
| Purchase | 12/2/2016 | 40 | 57.4625 |
| Purchase | 12/5/2016 | 410 | 57.6311 |
| Purchase | 1/17/2017 | 350 | 58.0718 |
| Purchase | 2/17/2017 | 920 | 62.5751 |
| Purchase | 2/27/2017 | 570 | 62.4689 |
| Purchase | 3/21/2017 | 60 | 62.6605 |
| Purchase | 9/19/2017 | 50 | 58.4229 |
| Purchase | 9/19/2017 | 100 | 58.6961 |
| Purchase | 9/19/2017 | 330 | 58.1875 |
| Purchase | 11/16/2017 | 460 | 67.1302 |
| Purchase | 1/23/2018 | 220 | 60.8593 |
| Purchase | 1/23/2018 | 560 | 60.9515 |
| Sale | 3/2/2016 | (571) | 59.4896 |
| Sale | 3/8/2016 | (0.473) | 61.4567 |
| Sale | 5/10/2017 | (140) | 62.7100 |
| Sale | 5/23/2017 | (210) | 62.8148 |
| Sale | 8/9/2017 | (210) | 57.1321 |
| Sale | 9/1/2017 | (160) | 56.4300 |
| Sale | 4/27/2018 | (210) | 50.4357 |