FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 11 2019 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

IN RE DENTSPLY SIRONA, INC.
SECURITIES LITIGATION

18 Civ. 7253 (NG)(PK)

-------------------------------------------------------------x

### ORDER APPOINTING THE STRATHCLYDE PENSION FUND AS LEAD PLAINTIFF AND APPROVING OF ITS SELECTION OF LEAD COUNSEL

Upon consideration of: (1) the motion of the Strathclyde Pension Fund ("Strathclyde") for appointment as Lead Plaintiff and approval of its selection of Lead Counsel; (2) the motion of the Indiana Public Retirement System and the Public School Teachers' Pension & Retirement Fund of Chicago ("Indiana and Chicago Teachers") for appointment as Lead Plaintiff and approval of its selection of Lead Counsel; (3) the Notice of Non-Opposition of the Indiana and Chicago Teachers to the Strathclyde Motion; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. Strathclyde's Motion is **GRANTED.**

2. Strathclyde is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

3. Strathclyde's selection of Lead Counsel is **APPROVED**, and Barrack, Rodos & Bacine is **APPOINTED** as Lead Counsel for the Class.

4. Lead Plaintiffs shall file an amended complaint by May 6, 2019.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 8 and 9, and to amend the caption on ECF to "*In re Dentsply Sirona, Inc. Securities Litigation.*"

SO ORDERED.

/s/ *Nina Gershon*
**NINA GERSHON**
**United States District Judge**

**Dated:** **March 8, 2019**
**Brooklyn, New York**

2