### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212-735-3792
DIRECT FAX
917-777-3792
EMAIL ADDRESS
CHRISTOPHER.MALLOY@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

August 15, 2019

**BY EMAIL AND ECF**

Arnold Gershon (agerhson@barrack.com)
Michael A. Toomey (mtoomey@barrack.com)
Jeffrey Golan (jgolan@barrack.com)
Robert Hoffman (rhoffman@barrack.com)
Lisa Port (lport@barrack.com)
BARRACK RODOS & BACINE
11 Times Square
640 Eighth Avenue, 10th Floor
New York, NY 10036

Re: *In re Dentsply Sirona, Inc. Securities Litigation*, 18-cv-7253 (NG) (PK)

Dear Counsel:

In accordance with Judge Gershon's Individual Practice Rule 3.C and the briefing schedule approved by the Court on June 3, 2019, enclosed please find Defendants' Motion To Dismiss the Class Action Complaint of Lead Plaintiff Strathclyde Pension Fund (the "Motion"), Defendants' Memorandum of Law in Support of the Motion and the Declaration of Christopher P. Malloy.

Respectfully submitted,

/s/ Christopher P. Malloy

Christopher P. Malloy

Enclosures

cc: The Honorable Nina Gershon (by ECF without enclosures)
Magistrate Judge Bloom (by ECF without enclosures)