

**BARRACK | RODOS | BACINE**
A Professional Corporation
ATTORNEYS AT LAW

September 19, 2019

**VIA ECF**

Honorable Nina Gershon
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *In re Dentsply Sirona, Inc. Securities Litigation*, No. 18-cv-7253 (NG) (PK)

Dear Judge Gershon:

    We write on behalf of Lead Plaintiff, Strathclyde Pension Fund, to respectfully request permission to submit a 45-page memorandum of law in opposition to Defendants' motion to dismiss dated August 15, 2019.

    On August 9, 2019, Defendants requested permission to file a 40-page brief in support of their motion to dismiss, which request was granted on August 12, 2019. In addition to their motion, a proposed Order and a 40-page brief, Defendants served on Lead Plaintiff a declaration of counsel that attached 43 exhibits of documents and a 44th exhibit consisting of an 18-page "Schedule to the Memorandum of Law" that referenced "122 court filing, news articles, and other publicly available materials such as SEC filings." In order to properly respond to Defendants' motion and their supporting brief and other materials, we respectfully request that this Court allow Lead Plaintiff to submit a memorandum of law in opposition to the motion to dismiss of no more than 45 pages.

    We have conferred with counsel for Defendants and are informed that they take no position on this request.

                                                   Respectfully submitted,

                                                   Jeffrey W. Golan

cc:    All Counsel of Record (via ECF filing)

PHILADELPHIA, PA    SAN DIEGO, CA    NEW YORK, NY    CONSHOHOCKEN, PA    LANSING, MI    NEWARK, NJ

3300 TWO COMMERCE SQUARE | 2001 Market Street | Philadelphia, PA 19103
215.963.0600  F 215.963.0838  www.barrack.com