

**BARRACK | RODOS | BACINE**
*A Professional Corporation*
ATTORNEYS AT LAW

September 26, 2019

**BY EMAIL AND ECF**
Scott D. Musoff (scott.musoff@skadden.com)
Christopher P. Malloy (christopher.malloy@skadden.com)
Nicholas A. Ickovic (nicholas.ickovic@skadden.com)
Dan M. Karmel (dan.karmel@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

      Re:    *In re Dentsply Sirona, Inc. Securities Litigation*
              No. 18-cv-7253 (NG) (PK) (E.D.N.Y.)

Dear Counsel:

In accordance with Judge Gershon's Individual Practice Rule 3.C and the briefing schedule approved by the Court on June 3, 2019, enclosed please find the following documents:

- Memorandum of Law of Lead Plaintiff Strathclyde Pension Fund in Opposition to Defendants' Motion to Dismiss the Class Action Complaint; and

- Declaration of Michael A. Toomey in Support of Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the Class Action Complaint.

Sincerely,

Jeffrey W. Golan

Enclosures

cc:    The Honorable Nina Gershon (by ECF without enclosures)
         Magistrate Judge Bloom (by ECF without enclosures)

PHILADELPHIA, PA    SAN DIEGO, CA    NEW YORK, NY    CONSHOHOCKEN, PA    LANSING, MI    NEWARK, NJ

3300 TWO COMMERCE SQUARE | 2001 Market Street | Philadelphia, PA 19103
215.963.0600  F 215.963.0838  www.barrack.com

