# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3792
DIRECT FAX
(917) 777-3792
EMAIL ADDRESS
CHRISTOPHER.MALLOY@SKADDEN.COM

October 10, 2019

**VIA ECF**
Honorable Nina Gershon
United States District Court for the
    Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *In re Dentsply Sirona, Inc. Securities Litigation*, 18-cv-7253 (NG) (PK)

Dear Judge Gershon:

Pursuant to the schedule set during the July 3, 2019 pre-motion conference, Defendants are scheduled to serve their reply brief in support of their motion to dismiss and file the fully briefed motion on ECF by October 16, 2019. In light of the length of Plaintiff's opposition brief to the motion (45 pages) as well as the intervening holidays, Defendants respectfully request an extension of three business days, to October 21, 2019, to serve the reply brief and file the fully briefed motion on ECF.

The parties have not previously requested any modification of the schedule for briefing on this motion.

We have conferred with counsel for Lead Plaintiff and were informed that they take no position on this request.

Respectfully submitted,

Christopher P. Malloy

cc:    All counsel of record (via ECF)