SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-3792
DIRECT FAX
917-777-3792
EMAIL ADDRESS
CHRISTOPHER.MALLOY@SKADDEN.COM

October 21, 2019

**BY EMAIL AND ECF**

Arnold Gershon (agerhson@barrack.com)
Michael A. Toomey (mtoomey@barrack.com)
Jeffrey Golan (jgolan@barrack.com)
Robert Hoffman (rhoffman@barrack.com)
Lisa Port (lport@barrack.com)
BARRACK RODOS & BACINE
11 Times Square
640 Eighth Avenue, 10th Floor
New York, NY 10036

Re: *In re Dentsply Sirona, Inc. Securities Litigation*, 18-cv-7253 (NG) (PK)

Dear Counsel:

In accordance with Judge Gershon's Individual Practice Rule 3.C and the briefing schedule as modified by the Court's October 21, 2019, Order, enclosed please find Defendants' Reply Memorandum in Further Support of the Motion To Dismiss the Class Action Complaint of Lead Plaintiff Strathclyde Pension Fund and the Reply Declaration of Christopher P. Malloy.

Best regards,

*/s/ Christopher P. Malloy*

Christopher P. Malloy

Enclosures

cc: The Honorable Judge Nina Gershon (by ECF without enclosures)
The Honorable Magistrate Judge Peggy Kuo (by ECF without enclosures)