### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212-735-3792
DIRECT FAX
917-777-3792
EMAIL ADDRESS
CHRISTOPHER.MALLOY@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

November 7, 2019

**BY HAND AND ECF**

Honorable Nina Gershon, U.S.D.J.
United States District Court for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *In re Dentsply Sirona, Inc. Securities Litigation*, 18-cv-7253 (NG) (PK)

Dear Judge Gershon:

      We represent Defendants in the above-captioned action. In accordance with Your Honor's Individual Practice Rule 3.E and the briefing schedule as modified by the Court's October 21, 2019 Order, please find enclosed:

1. Notice of Defendants' Motion to Dismiss the Class Action Complaint of Lead Plaintiff Strathclyde Pension Fund (ECF No. 42);

2. Declaration of Christopher P. Malloy in Support of Defendants' Motion to Dismiss the Class Action Complaint of Lead Plaintiff Strathclyde Pension Fund, dated August 15, 2019, and exhibits thereto (ECF No. 43);

3. Memorandum of Law in Support of Defendants' Motion to Dismiss the Class Action Complaint of Lead Plaintiff Strathclyde Pension Fund (ECF No. 44);

4. Memorandum of Law of Lead Plaintiff Strathclyde Pension Fund in Opposition to Defendants' Motion to Dismiss the Class Action Complaint (ECF No. 45);

5. Declaration of Michael A. Toomey in Support of Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the Class Action Complaint, and exhibits thereto (ECF No. 46);

Hon. Nina Gershon
November 7, 2019
Page 2

6. Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the Class Action Complaint of Lead Plaintiff Strathclyde Pension Fund (ECF No. 47);

7. Reply Declaration of Christopher P. Malloy in Further Support of Defendants' Motion to Dismiss the Class Action Complaint of Lead Plaintiff Strathclyde Pension Fund, dated October 21, 2019, and exhibits thereto (ECF No. 48);

8. Supplemental Memorandum of Law of Lead Plaintiff Strathclyde Pension Fund in Further Opposition to Defendants' Motion to Dismiss the Class Action Complaint (ECF No. 49);

9. Defendants' Response to Lead Plaintiff's Supplemental Memorandum of Law in Further Opposition to Defendants' Motion to Dismiss the Class Action Complaint (ECF No. 50); and

10. Supplemental Declaration of Christopher P. Malloy in Response to Lead Plaintiff's Supplemental Memorandum of Law in Further Opposition to Defendants' Motion to Dismiss the Class Action Complaint, and the exhibit thereto (ECF No. 51).

In accordance with Your Honor's Individual Practice Rule 3.F, we also write to respectfully request oral argument on Defendants' motion to dismiss.

Best regards,

*/s/ Christopher P. Malloy*

Christopher P. Malloy

Enclosures

cc: The Honorable Magistrate Judge Peggy Kuo (by ECF without enclosures)
All counsel of record (by ECF without enclosures)