**BARRACK RODOS & BACINE**
ATTORNEYS AT LAW

Eleven Times Square
640 8th Avenue, 10th Floor
New York, NY 10036

215.963.0600

Michael A. Toomey
mtoomey@barrack.com

May 16, 2025

**VIA ECF**

Honorable Nina Gershon
United States District Court for the
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *In re Dentsply Sirona, Inc. Securities Litigation*, No. 18-cv-7253 (NG) (PK)

Dear Judge Gershon:

We write on behalf of Lead Plaintiff Strathclyde Pension Fund in the above-referenced action to provide edited versions of the following three documents that were filed in their original form as attachments to Lead Plaintiff's Motion for a Hearing for Final Approval of Settlement and Motion for Preliminary Approval of Proposed Settlement, filed March 17, 2025. ECF 173. These documents are:

- Exhibit A-1 to the Stipulation of Settlement: Notice of (i) Pendency of Class Action and Proposed Settlement; (ii) Settlement Hearing; and (iii) Motion for Attorneys' Fees and Litigation Expenses (as edited);

- Exhibit A-3 to the Stipulation of Settlement: Summary Notice of (i) Pendency of Class Action and Proposed Settlement; (ii) Settlement Hearing; and (iii) Motion for Attorneys' Fees and Litigation Expenses (as edited); and

- [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement (as edited).

These documents have been edited as requested by the Court during the preliminary approval hearing held May 15, 2025.

Respectfully submitted,

*/s/ Michael A. Toomey*
MICHAEL A. TOOMEY

cc:   The Honorable Peggy Kuo, U.S.M.J (via ECF)
      All Counsel of Record (via ECF)